BO88

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 23-51 |
| v. | (18 U.S.C. § 1709) |
| INDIA SCHATZMAN | |

FILED
MAR 16 2023
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

## INDICTMENT

### COUNT ONE

The grand jury charges:

On or about December 30, 2022, in the Western District of Pennsylvania, the defendant, INDIA SCHATZMAN, being an employee of the United States Postal Service, did steal, abstract, and remove from a letter, package, bag, or mail, which had been entrusted to her and had come into her possession intended to be conveyed by mail, an article or thing contained therein, that is a Visa gift card contained in an envelope addressed to a family on Highway 2 in Newport, Washington.

In violation of Title 18, United States Code, Section 1709.

A True Bill,

_____
Foreperson

_____
TROY RIVETTI
Acting United States Attorney
PA ID No. 56816

_____
WILLIAM B. GUAPPONE
Assistant United States Attorney
NC ID No. 46075